

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00199-CV

———————————————

JOSEPH DANIELS, Appellant

V.

FINANCE OF AMERICA REVERSE LLC, Appellee

On Appeal from the 67th District Court
Tarrant County, Texas
Trial Court No. 067-340056-23

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

On September 7, 2023, we notified appellant that his brief had not been filed as the appellate rules require.[1]  *See* Tex. R. App. P. 38.6(a).  We stated that we could dismiss the appeal for want of prosecution unless, on or before September 18, 2023, appellant filed with the court an appellant's brief and an accompanying motion reasonably explaining the brief's untimely filing and why an extension was needed.  *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b).  We have received no response.

Because appellant has failed to file a brief even after we afforded an opportunity to explain the initial failure, we dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered:  October 5, 2023

---

[1]In other correspondence with appellant, we notified him that his docketing statement had not been filed and directed him to file a docketing statement.  *See* Tex. R. App. P. 32.1.  Despite that correspondence, appellant has not filed a docketing statement.